IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Demetrious Jones, | C/A NO. 4:12-2196-CMC-TER |
| Plaintiff, | |
| v. | **OPINION and ORDER** |
| South Carolina Department of Corrections, SCDC; Perry Correctional Institution, PCI; Special Management Unit, SMU; Officer Gibson; Lt. Horne; Sgt. Wilson; Lt. Lasley; Lt. DeGeorgis; Lt. Madden; Capt. Abston; Sgt. Moody; Cpl. Brown; Sgt. Lawless; Ofc. Sams; Ofc. McBride; Sgt. Nally; Lt. Church; Ofc. Binkley, | |
| Defendants. | |

Plaintiff, proceeding *pro se*, filed this action in this court on August 3, 2012.[1] By Order filed August 22, 2012, Plaintiff was given an opportunity to provide the necessary information and paperwork to bring the case into proper form for evaluation and possible service of process. Plaintiff was warned that failure to provide the necessary information within the timetable set forth in the Order would subject the case to dismissal. The time to bring this case into proper form now has lapsed.

Plaintiff has failed to provide the necessary information and therefore has failed to comply with an order of this court. This case is **dismissed** *without prejudice* pursuant to Rule 41 of the Federal Rules of Civil Procedure. *See Link v. Wabash R.R. Co.*, 370 U.S. 626 (1962).

**IT IS SO ORDERED**.

s/ Cameron McGowan Currie
CAMERON MCGOWAN CURRIE
UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
September 25, 2012

---

[1] This case was ordered filed as a separate "break out" case from the matter *Goins v. South Carolina Department of Corrections, et al.*, D.S.C. Civil Action No. 4:12-1924-CMC-TER.

1